UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

RABAH ARABO,

    Plaintiff,

v.

COMMISSIONER OF
SOCIAL SECURITY
ADMINISTRATION,

    Defendant.
_____/

Case No. 21-12471

Hon. George Caram Steeh
Hon. Anthony P. Patti

ORDER ACCEPTING REPORT
AND RECOMMENDATION (ECF NO. 15)

    In this social security action, Magistrate Judge Anthony P. Patti issued a report and recommendation proposing that the court grant Plaintiff's motion for summary judgment, deny Defendant's motion for summary judgment, and remand the matter to the Commissioner. No timely objections have been filed.

    With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the

- 1 -

magistrate." *Id*. When reviewing a case under the Social Security Act, the district court may affirm, modify, or reverse the Commissioner's decision, with or without remand. *See* 42 U.S.C. § 405(g).

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Patti's analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Patti's report and recommendation (ECF No. 15) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Plaintiff's motion for summary judgment (ECF No. 10) is GRANTED, the Commissioner's motion for summary judgment (ECF No. 12) is DENIED, and this matter is REMANDED to the Commissioner for action consistent with the report and recommendation.

Dated: March 6, 2023

                                       s/George Caram Steeh
                                       GEORGE CARAM STEEH
                                       UNITED STATES DISTRICT JUDGE

---

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on
March 16, 2023, by electronic and/or ordinary mail.

s/Michael Lang
Deputy Clerk

---